IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:22-cr-211-RJC |
| | ) | |
| v. | ) | CONSENT ORDER AND |
| | ) | JUDGMENT OF FORFEITURE |
| TREVORIS ANTHONY HOPE | ) | PENDING RULE 32.2(c)(2) |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property seized during the investigation is forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924 and/or 28 U.S.C. § 2461(c), provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

> **One Charter 2000, .38 caliber handgun, serial number 25307, and ammunition, seized on or about August 12, 2020;**
>
> **One High Point Model CF, .380 caliber handgun, with obliterated serial number, and ammunition, seized on or about August 27, 2020;**
>
> **One pistol grip shotgun, and ammunition, seized on or about September 8, 2020;**
>
> **One Russian M, Model M1895, .762x38 caliber handgun, serial number18833, and ammunition, seized on or about September 18, 2020;**
>
> **One Kel Tec, Model P-11, 9mm handgun, serial no. obliterated, and ammunition, seized on or about September 18, 2020;**
>
> **One short-barreled shotgun, serial number T96468, and ammunition, seized on or about September 21, 2020;**
>
> **One Mossberg, Model 500 AG, 12-gauge shotgun, serial number H997507, and ammunition, seized on or about September 25, 2020;**
>
> **One Ruger LCP handgun, extended magazine, and ammunition, seized on or about September 29, 2020;**

> **One High Point, Model 4595 .45 caliber rifle, serial number R61796, and ammunition, seized on or about October 7, 2020;**
>
> **One Keltec Sub 2000 .40 caliber rifle, serial number F9508, and ammunition, seized on or about October 19, 2020; and**
>
> **One H&R, Model 632 .32 caliber revolver obliterated serial number, and ammunition, seized on or about May 6, 2021.**

2. The United States Marshals Service, the investigative agency, and/or the agency contractor is authorized to take possession and maintain custody of the above specific asset(s).

3. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

4. Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and request for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

6. As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of Defendant's crime(s) herein or constitute property involved in or used in the offense(s) and are therefore subject to forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924 and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so. As to any firearms listed above and/or in the charging instrument, Defendant consents to destruction by federal, state, or local law enforcement authorities upon such legal process as they, in their sole

discretion deem to legally sufficient, and waives any and all right to further notice of such process or such destruction.

DENA J. KING
UNITED STATES ATTORNEY

_____
STEVEN R. KAUFMAN
Assistant United States Attorney

_____
TREVORIS ANTHONY HOPE
Defendant

_____
ERIC BACH, ESQ.
Attorney for Defendant

Signed this the 21st day of September 2022.

_____
THE HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE